Patric A. Lester (SBN 220092)
pl@lesterlaw.com
Lester & Associates
5694 Mission Center Road, #358
San Diego, CA 92108
Phone (619) 665-3888
Fax (314) 241-5777

Attorneys for Plaintiff James Andrews

Connie Tcheng
Doll Amir & Eley LLP
1888 Century Park East, Suite 1850
Los Angeles, CA  90067
Phone (310) 557-9100
Fax (310) 557-9101

Attorneys for Defendant Bluestem Brands, Inc. d/b/a Fingerhut, a Delaware Corporation

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ANDREWS, | ) Case No. 3:14-cv-00744-L-JMA |
| Plaintiff, | ) **JOINT MOTION FOR DISMISSAL** |
| | ) **OF ACTION WITH PREJUDICE** |
| vs. | ) |
| BLUESTEM BRANDS, INC. D/B/A FINGERHUT, A DELAWARE CORPORATION, | ) |
| Defendant. | ) |

Plaintiff James Andrews, (hereinafter "Plaintiff") and Defendant Bluestem Brands, Inc. d/b/a Fingerhut, a Delaware Corporation (hereinafter "Defendant"), (all jointly hereinafter referred to as "the Parties"), hereby move to dismiss the above entitled action with prejudice, each party to pay its own costs and attorneys' fees.

Dated June 18, 2015                                /s/ Patric A. Lester
                                                 Patric A. Lester
                                                 Attorney for Plaintiff,
                                                 James Andrews

Dated June 18, 2015                                /s/ Connie  Tcheng
                                                 Connie  Tcheng
                                                 Attorney for Defendant,
                                                 Bluestem Brands, Inc.

Signature Certification

      Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Connie  Tcheng, counsel for Defendant, and that I have obtained Connie  Tcheng's authorization to affix his/her electronic signature to this document.

Dated June 18, 2015

                                      */s/ Patric A. Lester*
                                      Patric A. Lester
                                      Attorney for Plaintiff,

JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE     3:14-cv-00744-L-JMA

Re: *Andrews v. Fingerhut*,
Case No.3:14-cv-00744-L-JMA
United States District Court, Southern District of California

### CERTIFICATE OF SERVICE

I, the undersigned, declare as follows:

On the date below I electronically filed with the Court through its CM/ECF program and served through the same program the **JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE** on the interested parties in said case as follows:

Hunter R. Eley
Chelsea L. Diaz
Connie Tcheng
Doll Amir & Eley LLP
1888 Century Park East, Suite 1850
Los Angeles, CA  90067
Attorneys for: Bluestem Brands, Inc.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 18, 2015                          /s/ Patric A. Lester
                                                    Patric A. Lester
                                                    Attorney for Plaintiff,
                                                    James Andrews